IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 22-cv-00257-DDD-NRN | Date: April 27, 2022 |
| Courtroom Deputy: Román Villa | FTR: Courtroom C203 |

*Parties:*                                                             *Counsel:*

DR. STEFANIA RÖMISCH,                                      Ingrid DeFranco
DR. STEVEN R. JEFFERTS,

   Plaintiff,

v.

UNITED STATES DEPARTMENT OF                    Lauren Dickey
COMMERCE, GINA RAIMONDO,                         Timothy Jafek
Secretary, in her official capacity,

   Defendant.

## COURTROOM MINUTES

**TELEPHONIC SCHEDULING CONFERENCE**

**11:00 a.m.     Court in session.**

Court calls case. Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Initial Disclosures shall be made on or before May 11, 2022

Joinder of Parties/Amendment to Pleadings: June 27, 2022

Discovery Cut-off: January 30, 2023

Dispositive Motions Deadline: March 6, 2023

Each side shall be limited to 10 depositions, excluding experts.
Depositions shall not exceed 7 hours for three deponents, exclusive of experts, all others limited to 4 hours, without prior agreement or absent leave of court.

Each side shall be limited to 25 interrogatories, 25 requests for production, and 25 requests for admission.
Interrogatories, Requests for Production, and Requests for Admissions shall be served 45 days prior to the close of discovery.

Each side shall be limited to 3 expert witnesses, absent leave of court.
Disclosure of Affirmative Experts: September 20, 2022
Disclosure of Rebuttal Experts: October 25, 2022
Plaintiff's Rebuttal: December 9, 2022
The disclosure of Experts shall be consistent with Fed. R. Civ. P. 26(a)2(B).

**Telephonic Status Conference** is set for September 27, 2022 at 1:00 p.m. before Magistrate Judge N. Reid Neureiter in Courtroom C203. The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time.

**Trial:** Judge Domenico's Chambers will generally contact the parties to set a trial date and Final Pretrial Conference/Trial Preparation Conference date(s) after the dispositive motions deadline has passed and the Court has issued rulings on all such motions.

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1(a) in an effort to resolve the issues.  If that is unsuccessful, counsel shall jointly call Chambers at (303) 335-2403 to arrange for a discovery hearing before the Court. At least two business days prior to the hearing, the parties shall email Chambers** Neureiter_Chambers@cod.uscourts.gov  **a joint statement, no longer than ten pages, setting out each party's position with regard to each dispute.**

**Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.**

**Scheduling Order entered.**

**11:21 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:21

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.