IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00257-DDD-NRN

DR. STEFANIA RÖMISCH,
DR. STEVEN R. JEFFERTS,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF COMMERCE, GINA RAIMONDO, Secretary, in her official capacity,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that the parties' Joint Motion for Entry of Protective Order (Dkt. #29) is GRANTED. The proposed Stipulated Protective Order (Dkt. #29-1) is APPROVED and made an Order of Court.

Date: September 26, 2022