IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

Civil Action No: 22-cv-00257-DDD-NRN     Date: September 27, 2022
Courtroom Deputy: Román Villa     FTR: Courtroom C203

*Parties:*     *Counsel:*

DR. STEFANIA ROMISCH,     Ingrid DeFranco
DR. STEVEN R. JEFFERTS,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF COMMERCE,     Lauren Dickey
GINA RAIMONDO, Secretary, in her official capacity,

    Defendant.

## COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**

**1:02 p.m.**     **Court in session.**

Court calls case. Appearances of Counsel. Preliminary remarks by the Court.

Status of the case is discussed. Plaintiff's counsel moves to extend case deadlines. Defense counsel does not object.

For the reasons stated on the record, it is

**ORDERED:**    Plaintiff's request to extend the case deadlines is GRANTED. The following case deadlines are extended:

       Disclosure of Rebuttal Experts: December 15, 2022
       Plaintiff's Rebuttal Reports: January 12, 2023
       Discovery cut-off: March 31, 2023
       Dispositive Motions: April 28, 2023

       The Court will be reluctant to grant any further extensions.

**1:15 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time: 00:13
*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.